## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CLEAR TRANSFER
TECHNOLOGIES OU,

       Plaintiff,

                                 Case No. 3:21-cv-118-MMH-JRK

vs.

IPAY SOLUTIONS, INC., and
BRIAN KEITH ANGEL,

       Defendants.

_____/

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 37; Stipulation) filed on September 23, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own costs and attorneys' fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of September, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties